UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLBY HAGGERTY,<br><br>Defendant. | 5:25-CR-50172-KES<br><br>ORDER GRANTING MOTION TO CONTINUE |

Defendant, Colby Haggerty, moves for a 30-day continuance and the government does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel needs additional time to review an expert report with defendant and determine whether to continue plea negotiations or prepare for trial. Thus, it is

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | January 23, 2026 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | January 23, 2026 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to January 23, 2026 |

| Applications for Writ of Habeas Corpus Ad Testificandum | February 3, 2026 |
|---|---|
| Expert witness disclosures | February 3, 2026 |
| Other motions | February 10, 2026 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | February 10, 2026 |
| Plea agreement or petition to plead and statement of factual basis | February 10, 2026 |
| Notify court of status of case | February 10, 2026 |
| Rebuttal expert witness disclosures | February 17, 2026 |
| Motions in limine | February 17, 2026 |
| Proposed jury instructions due | February 17, 2026 |
| Jury trial | Tuesday, February 24, 2026, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated January 20, 2026.

                BY THE COURT:

                /s/ *Karen E. Schreier*
                KAREN E. SCHREIER
                UNITED STATES DISTRICT JUDGE